SAYRE, APPELLEE, *v.* HOELZLE-SAYRE, APPELLANT.

[Cite as *Sayre v. Hoelzle–Sayre* (1995), 72 Ohio St.3d 1218.]

(No. 94–1094—Submitted June 6, 1995—Decided July 19, 1995.)

*B. Mark Davis,* for appellee.

*Britz & Zemmelman* and *Harland M. Britz,* for appellant.

The appeal is dismissed, *sua sponte,* as having been improvidently allowed.

MOYER, C.J., DOUGLAS, WRIGHT, F.E. SWEENEY, PFEIFER and COOK, JJ., concur.

RESNICK, J., dissents, and would reverse the judgment of the court of appeals and remand for a new hearing.